**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HUMBERTO HERNANDEZ,          )<br>                                                           )<br>           Plaintiff,                          )<br>   vs.                                              )<br>                                                           )<br>**DEUTSCHE BANK NATIONAL TRUST** )<br>**COMPANY,** *as Trustee on behalf of*  )<br>Indymac INDX Mortgage Loan Trust 2006-  )<br>AR11 Mortgage Pass-Through Certificates  )<br>Series 2006-AR11 under the Pooling and  )<br>Servicing Agreement dated April 1, 2006,  )<br>                                                           )<br>           Defendant.                       )<br>                                                           ) | Case No.:  2:12-cv-01105-GMN-GWF<br><br>**ORDER ACCEPTING REPORT &**<br>**RECOMMENDATION OF MAGISTRATE**<br>**JUDGE GEORGE FOLEY, JR.** |

      Before the Court for consideration is the Report and Recommendation (ECF No. 8) of the Honorable George Foley, Jr., United States Magistrate Judge, entered August 6, 2012.  No objections have been filed.  The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Foley's Recommendation should be **ACCEPTED**.

      **IT IS THEREFORE ORDERED** that Plaintiffs' Complaint is **DISMISSED with prejudice, for failure to state a claim upon which relief can be granted**.

      **DATED** this 1st day of November, 2012.

_____
Gloria M. Navarro
United States District Judge